Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: *Donna Bryjuk*
Deputy Clerk

LELAND GRASKE,

    Plaintiff,

v.

JASON R. HAYNES,

    Defendant.
_____/

Case No.: 3:07cv297/MCR/EMT

8:08mc17

### FINAL JUDGMENT

This matter comes before the Court on the Motion to Set Amount of Judgment filed by Plaintiff, Leland Graske (doc. 28) and the Stipulation to Enter Judgment for Specific Amount (doc 33).

NOW, THEREFORE, and the Court being fully advised, judgment is entered against Defendant Jason R. Haynes in the amount of $3,997,057.66. In the event that there is a reversal of the Judgment in the Underlying Action or in the event that the Judgment is modified or reduced by the United States Court of Appeals for the Eighth Circuit as to the Underlying Action, then this Court will accept a joint modification of the parties hereto reflecting a corresponding change in the amount of this Judgment herein, to reflect any potential reversal, modification, or reduction by the Eighth Circuit Court of Appeals; however, in the event of an unqualified affirmance of the Judgment in the Underlying Action, by the Eighth Circuit Court of Appeals, the Judgment (corresponding to the Stipulation to Enter Judgment for Specific Amount (doc. 33)) will stand.

The amount of this Judgment shall accrue interest (from June 10, 2008) at 2.14% interest.

**IT IS SO ORDERED** this 11th day of June, 2009.

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 1 5 2009

OFFICE OF THE CLERK

s/ *M. Casey Rodgers*

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE

8:08-mc-00017-UNA    Doc # 3    Filed: 06/15/09    Page 2 of 2 - Page ID # 7

Case 3:07-cv-00297-MCR-EMT    Document 27    Filed 02/25/2008    Page 1 of 1
Case: 8:08-mc-00017-UNA    Document #: 2    Date Filed: 02/21/2008    Page 1 of 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
Clerk of Court

**M. Therese Bollerup**
Chief Deputy Clerk

February 21, 2008

U.S. District Court
Northern District of Florida
Clerk of Court
United States Courthouse
1 North Palafox St.
Pensacola, Florida 32502

    Re:    Graske v. Haynes
              3:07cv297/MCR/EMT
              8:08mc17

Dear Clerk:

    This letter is to advise you that the judgment entered in your district has been registered in the office of the Clerk, U.S. District Court located in Omaha, Nebraska on February 21, 2008.

    If anything concerning this judgment is filed in your office, please send a certified copy to this office.

                                  Sincerely,

                                  DENISE M. LUCKS, Clerk

                                  By s/ Cathy J. Parrish
                                  Deputy Clerk

cc: Counsel

Last Update: 08/22/07

clerk\proc\forms\jgmltr.wpd

---

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 FEB 25 AM 10: 54

FILED

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-5225
Fax: (402) 437-5651
Toll Free: (866) 220-4379